UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO Division

U.S. DIS
MIDDLE DIST
ORLANDO

**CIVIL RIGHTS COMPLAINT FORM**

RAYMOND RIDLEY #026719

CASE NUMBER: 6:08-CV-329-ORL-18GJK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

DR. FRANK SANCHEZ
DR. Michael Bluett

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Tomoka Correctional Institution
(Indicate the name and location)
3950 Tiger Bay Road; Daytona Beach, Fla. 32124

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No (✓)

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 28th day of February, ~~19~~ 2008.

[signature]

Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? ______________________

______________________

2. What were the results? ______________________

______________________

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: ______________________

______________________

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 28th day of February ~~19~~ 2008.

Raymond Ridley
Signature of Plaintiff

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): ______________________________

   ______________________________

   Defendant(s): ______________________________

   ______________________________

2. Court (if federal court, name the district; if state court, name the county):

   ______________________________

3. Docket Number: ______________________________

4. Name of judge: ______________________________

5. Briefly describe the facts and basis of the lawsuit: ______________

   ______________________________

   ______________________________

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   ______________________________

   ______________________________

7. Approximate filing date: ______________________________

8. Approximate disposition date: ______________________________

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have

been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: RAYMOND RIDLEY

Mailing address: TOMOKA CORRECTIONAL INSTITUTION
3950 TIGER BAY ROAD; DAYTONA BEACH, FLA. 32124

B. Additional Plaintiffs:
NONE

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: DR. FRANK SANCHEZ

Mailing Address: JACKSONVILLE MEMORIAL HOSPITAL
3625 UNIVERSITY BLVD. SOUTH JAX; FLA. 32216

Position: DOCTOR

Employed at: SELF / CORR. MED SER. ST. LOUIS, MO. 63141

D. Defendant: DR MICHAEL BLUETT c/o JACKSONVILLE MEM. HOS.

Mailing Address: 3625 UNIVERSITY BLVD SOUTH, JAX. FLA. 32216

Position: Doctor

Employed at: Self/ Corr. Med. Services, St. Louis, Mo. 63141

E. Defendant: ______

Mailing Address: ______

______

Position: ______

Employed at: ______

F. Defendant: ______

Mailing Address: ______

______

Position: ______

Employed at: ______

G. Defendant: ______

Mailing Address: ______

______

Position: ______

Employed at: ______

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

UNDER THE COLOR OF STATE LAW DR. SANCHEZ DID PERFORM A SURGICAL PROCEDURE ON THE WRONG LEG of the PLAINTIFF CAUSING NERVE DAMAGE LEAVING HIM CRIPPLED CONFINED TO A WHEEL CHAIR. THEREAFTER DR BLUETT following TWO ATTEMPTS BY DR. SANCHEZ AGAIN OPERATED ON THE WRONG LEG CAUSING IRREVERSIBLE loss of leg MOVEMENT, PERMANENT NERVE DAMAGE ALL UNDER COLOR OF STATE LAW

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. Do not make any legal arguments or cite any cases or statutes. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

ON NOVEMBER 10, 2005 DR. FRANK SANCHEZ operated ON the WRONG leg of the Plaintiff CAUSING IRREVERSIBLE NERVE DAMAGE LEAVING MR. Ridley wheelchair bound UNABLE to WALK upright MORE THAN A few painful steps. The Plaintiff has been in this wheelchair bound position SINCE the 11/10/05 operation. Further corrective surgury was Attempted by DR. SANCHEZ ON 12/14/05, AND THERE-AFTER Also under the color of state law DR. Michael Bluett Attempted corrective surgury ON THE WRONG LEG ON 12/18/05. Neither corrective procedure was successful AND thereafter FDOC ARRANGED

Statement of Facts, continued:

FOR PLAINTIFF TO BE EXAMINED BY (2) NEUROSURGEONS IN MARCH; APRIL OF 2006, AND THEIR PROGNOSIS WAS THAT DUE TO THE SURGERY PERMANENT NERVE DAMAGE WAS SUFFERED by the PLAINTIFF AND he WOULD REMAIN WHEELCHAIR bound. DUE to this NEGLIGENCE of MEDICAL MALPRACTICE PLAINTIFF NOTIFIED DRS. SANCHEZ AND BLUETT of his intent to SUE PURSUANT to, FS § 766.106(2); 768.28(6)(a). DRS SANCHEZ & BLUETT RELATIONSHIP to FDOC EMANATES thru CORRECTIONAL MEDICAL SERVICES; 12647 OLIVE St.; St. Louis, MO. 63141. PRIOR to the SURGERY MR. RIDLEY WAS AN ABLE bodied 54 YEAR old black MALE with NO history of CIVIL ACTIONS. MR. RIDLEY has continued to OBTAIN his MEDICAL RECORDS from FDOC with NO RESULT, AND MR. RIDLEY has fully EXHAUSTED FDOC ADMINISTRATIVE REMEDIES

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

MR. Ridley Seeks Monetary compensation for the loss of his leg, the permanent loss of that leg which was the direct result of operating on the wrong leg. Compensation of $500,000.00 in Return for loss of the leg is fair and equitable

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 28th day of February, ~~19~~ 2008.

Raymond Ridley

(Signatures of all Plaintiffs)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Log # 0706-282-005

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Ridley Raymond | 026719 | Tomoka C.I. Work Unit
Last First Middle Initial | Number | Institution

**Part A – Inmate Grievance**

As provided by 33-103.006(3)(e) & 33-103.008 this medical grievance follows the negligent surgical procedure wherein the surgeon contracted by FDOC performed a medical procedure on the wrong leg. This procedure took place on Nov. 10, 2003 at Jacksonville Memorial Hospital by Dr. Farouk Saadeh. Realizing that negligent act Dr. Saadeh again operated on Dec. 14, 2003. Thereafter Dr. Michael Elvert attempted corrective surgery on Dec 18, 2003. That negligent procedure on the wrong resulted in extensive nerve damage rendering grievant confined to a wheelchair whereas prior to that procedure he was able-bodied. Since those Nov. and Dec. medical procedures Mr. Ridley has seen (2) neurologists and (1) neurosurgeon with no corrective result available and, remains confined to a wheelchair, able to move (2) [illegible] painful yeads. Relief sought: That the Grievant be compensated for the pain, suffering, loss of body movement as a result of the negligent medical actions of the health care providers contracted thru FDOC

SEE ATTACHED RESPONSE

June 4th, 2007
DATE

Response Mailed: 6-7-07

Raymond Ridley #026719
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0, Raymond Ridley
# 026719 Signature

**PART B - RESPONSE**

| RIDLEY, RAYMOND | 026719 | 0706-282-005 | (282) TOMOKA C. I. | K2123L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received and reviewed with the following response provided:

Your grievance is being returned without a response pursuant to Chapter 33-103.014 (1) (o) because you are grieving a matter beyond the control of the Department as described in Rule 33-103.001 (4), F.A.C.

| | R. Edwards, AWO | 6/6/2007 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**PART B - RESPONSE**

| RIDLEY, RAYMOND | 026719 | 0706-282-005 | (282) TOMOKA C. I. | K2123L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received and reviewed with the following response provided:

Your grievance is being returned without a response pursuant to Chapter 33-103.014 (1) (o) because you are grieving a matter beyond the control of the Department as described in Rule 33-103.001 (4), F.A.C.

| | R. Edwards, AWO | 6/6/2007 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

H1-101S

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| NAME | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |
|---|---|---|---|---|
| RIDLEY, RAYMOND | 026719 | 0706-282-005 | (282) TOMOKA C. I. | K2123L |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07H (INADEQUATE TREATMENT (MEDICAL))

| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|---|---|---|
| 6/4/07 | 0706-282-005 | [signature] |

JUN 2 2007
Department of Corrections
Bureau of Inmate Grievance Appeals

PART B - RESPONSE

| | | | | |
|---|---|---|---|---|
| RIDLEY, RAYMOND | 026719 | 07-6-15982 | (282) TOMOKA C. I. | K2123L |
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule resulting in your appeal to this office being in non-compliance.

Furthermore, a copy of your grievance has been forwarded to the Office of Health Services for review.

Your request for administrative appeal is being returned without action.

S. MILLIKEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SM

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

6/22/07

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| NAME | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |
|---|---|---|---|---|
| RIDLEY, RAYMOND | 026719 | 07-6-15982 | (282) TOMOKA C. I. | K2123L |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07H (INADEQUATE TREATMENT (MEDICAL))

| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|---|---|---|
| 6/18/07 | 07-6-15982 | |